FILED
DISTRICT COURT OF GUAM
FEB 17 2005
MARY L.M. MORAN
CLERK OF COURT



*THE LAW OFFICE OF DAVID J. HIGHSMITH, P.C.*
Suite 209, Union Bank of California Building, 194 Hernan Cortes Avenue, Hagåtña, Guam 96910
(671) 477-8168 • FAX (671) 472-0027 • EMAIL: davehighsmith99@yahoo.com

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NO. CR-05-00013-001 |
| Plaintiff, ) | |
| vs. ) | ENTRY OF APPEARANCE |
| MAI LY WONG, ) | |
| Defendant. ) | |

**COMES NOW**, the Law Office of David J. Highsmith, through David J. Highsmith, Esq., and hereby enters his appearance on behalf of MAI LY WONG, Defendant in the above-entitled case.

**RESPECTFULLY SUBMITTED** this 17th day of February 2005.

Law Office of David J. Highsmith,

*David J. Highsmith*
DAVID J. HIGHSMITH, ESQ.

Wonged&maile

ORIGINAL