AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF      GUAM

UNITED STATES OF AMERICA
V.

MARVA J. GUERRERO

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number:    CR-05-00013-002

**FILED**
DISTRICT COURT OF GUAM
FEB 17 2005
MARY L.M. MORAN
CLERK OF COURT

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue | 413 |
| | Date and Time |
| Before:    HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Thursday, February 17, 2005 at 2:00 p.m. |

To answer a(n)

X Indictment    ☐ Information    ☐ Complaint    ☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s)

Brief description of offense:

**18:2, 31:5324(a)(1) & 5322(a), & 31:103.11 & 10.22 - CAUSING THE FAILURE TO FILE A CURRENCY TRANSACTION REPORT**

U.S. MARSHALS - GUAM RECEIVED 16 FEB 2005 04:00

ORIGINAL

MARILYN B. ALCON, Deputy Clerk
Name and Title of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

February 16, 2005
Date

# RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 2/16/2005 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: 625 Chalan Toto Loop Barrigada, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  2/17/2005                        J.L.G. Sablas
             Date                              Name of United States Marshal

                                               John Duenas
                                               (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.