

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>vs.<br><br>**MAI LY WONG and<br>MARVA J. GUERRERO,**<br><br>　　　　Defendants. | CRIMINAL CASE NO. **05-00013**<br><br>O R D E R |

IT IS HEREBY ORDERED that the **FEDERAL PUBLIC DEFENDER** is appointed to represent defendant **MARVA J. GUERRERO** in the above-entitled case *nunc pro tunc* to February 16, 2005.

Dated this 17th day of February, 2005.

_____
JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge
U.S. DISTRICT COURT OF GUAM