PS 40
(Rev. 3/04)

UNITED STATES DISTRICT COURT

NOTICE REGARDING PASSPORT

**ORIGINAL**

**FILED**

DISTRICT COURT OF GUAM

MAR - 9 2005

MARY L.M. MORAN
CLERK OF COURT

1. ☒ NOTICE OF ORDER NOT TO OBTAIN PASSPORT
2. ☒ NOTICE OF SURRENDERED PASSPORT
3. ☐ REMOVAL OF NOTICE OF SURRENDERED PASSPORT OR ORDER NOT TO OBTAIN A PASSPORT

TO: Office of Passport Policy and Advisory Services
2100 Pennsylvania Avenue N.W., 3rd Floor
Washington, DC 20037

FROM: JUDY ANNE L. OCAMPO, U.S. Probation Officer Specialist
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

RE: **GUERRERO, Marva J.**

DATE OF BIRTH: **XX-XX-1971**

PLACE OF BIRTH: **Tamuning, Guam**

SSN: **XXX-XX-4382**

PASSPORT RECEIVED FROM: **Marva J. Guerrero**
(Print or Type)

1. ☒ **PURSUANT TO THE** Court's order entered on **February 17, 2005** in Case Number **CR05-00013-002**, the defendant is not permitted to apply for the issuance of a passport during the pendency of this action.

2. ☒ **PURSUANT TO THE** Court's order entered on **February 17, 2005** in Case Number **CR05-00013-002**, Passport Number **XXXXXXXX** issued to the above-named defendant was surrendered to the custody of the Clerk of U.S. District Court on **February 18, 2005**, and the defendant is not permitted to apply for the issuance of another passport during the pendency of this action.

3. ☐ On _____, our office filed a notice of:

   ☐ **SURRENDERED PASSPORT** on Passport _____ on the above-named defendant; or

   ☐ **AN ORDER NOT TO OBTAIN A PASSPORT** on the above-named defendant.

   This is to provide notice that the above case has been disposed of and the above order of the court is no longer in effect. Please remove notice from your records.

Sincerely,

*Judy Anne L. Ocampo*
By: JUDY ANNE L. OCAMPO, U.S. Probation Officer

Distribution:
Original to Case File
Original Clerk of Court
U.S. Department of State
Defendant (or representative)
Copy with Passport