FILED
DISTRICT COURT OF GUAM
MAR 16 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES

CASE NO. CR-05-00013  DATE: 3/16/2005  TIME: 1:44 p.m.

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge  Law Clerk: J. Hattori
Court Reporter: Wanda Miles  Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 1:44:00 - 1:45:08  CSO: J. Lizama & B. Benavente

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*APPEARANCES\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFT: MARVA J. GUERRERO**  **ATTY: JOHN GORMAN**
(X) PRESENT ( ) CUSTODY ( ) BOND (X) P.R.  (X) PRESENT ( ) RETAINED (X) FPD ( ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON  AGENT:

U.S. PROBATION: JOHN SAN NICOLAS  U.S. MARSHAL: W. GRAY / J. CURRY

INTERPRETER: _____ ( ) SWORN   LANGUAGE: _____
 ( ) PREVIOUSLY SWORN

**PROCEEDINGS: CHANGE OF PLEA**

( ) COMPLAINT READ TO DEFENDANT
( ) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED:_____, ATTORNEY APPOINTED FOR DEFENDANT
( ) DEFENDANT SWORN AND EXAMINED: AGE: ____ HIGH SCHOOL COMPLETED:_____
( ) DEFENDANT ARRAIGNED AND ADVISED OF HER RIGHTS, CHARGES AND PENALTIES
( ) REMOVAL/IDENTITY HEARING ( ) CONDUCTED ( ) WAIVED ( ) SET FOR:_____ at _____
( ) WARRANT OF REMOVAL ISSUED
( ) GOV'T SUMMARIZES THE EVIDENCE ( ) GOV'T SUBMITS TO THE PLEA AGREEMENT
( ) COURT QUESTIONS DEFENDANTS REGARDING THEIR PHYSICAL AND MENTAL CONDITION, AND ADVISES
   DEFENDANT OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
( ) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION ( ) INDICTMENT
( ) PLEA ENTERED: ( ) *GUILTY* ( ) *NOT GUILTY* - TO:_____
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION
( ) PLEA AGREEMENT FILED: _____ PLEA: ( ) *ACCEPTED* ( ) *REJECTED*
( ) COURT ORDERS PLEA AGREEMENT *SEALED*
( ) COURT REJECTS PLEA AGREEMENT AND REFERS IT TO:_____ FOR RECOMMENDATION.

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING:_____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
( ) TRIAL SET FOR: _____

PROCEEDINGS CONTINUED TO:_____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see attached)
( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( )*PROCESSING* ( )*DETENTION*
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR:_____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

NOTES:

**Parties stipulated to vacating today's proceeding as they work on a new plea agreement. GRANTED.**