LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT 20 2005
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00013 |
| Plaintiff, | ) |
| vs. | ) **ORDER TO DISMISS** |
| | ) **INDICTMENT** |
| MAI LY WONG, and | ) |
| MARVA J. GUERRERO, | ) |
| Defendants. | ) |

IT IS SO ORDERED that the complaint in the above entitled case against defendants, MAI LY WONG and MARVA J. GUERRERO, is hereby dismissed.

October 20, 2005
DATE

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

**ORIGINAL**