UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>MAI LY WONG<br>Defendant. | CRIMINAL CASE NO. 05-00013-001<br><br>APPLICATION AND ORDER FOR<br>RELEASE OF PASSPORT |

COMES NOW, U.S. Probation Officer Judy Anne L. Ocampo, in the above-captioned case and requests for the release of the passport held by the Court as a condition of the defendant's release on bond.

Dated this 17TH day of August 2006.

_____
JUDY ANNE L. OCAMPO
U.S. Probation Officer

### ORDER

On the application of U.S. Probation Officer Judy Anne L. Ocampo, the Clerk of Court is hereby ordered to release the passport belonging to the defendant, Mai Ly Wong.

Dated this 22nd day of August 2006.

_____
HON. JOAQUIN V.E. MANIBUSAN, Jr.
U.S. Magistrate Judge

RECEIVED
AUG 18 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL